DOMINIC LaTORRE *v.* CITY OF HARTFORD ET AL.

The motion by the named defendant to dismiss the plaintiff's cross appeal from the Superior Court in Hartford County is granted.

*Thomas P. Heslin,* for the appellant (named defendant).

*Frank A. Francis,* for the appellee (plaintiff).

Argued October 2—decided October 2, 1973

MICHAEL J. ZIELSKI ET AL. *v.* STRATFORD PLANNING AND ZONING COMMISSION

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Raymond B. Rubens,* for the appellees (plaintiffs).

No appearance for the appellant (defendant).

Argued October 2—decided October 2, 1973

CONNECTICUT STEEL COMPANY, INC. *v.* NATIONAL AMUSEMENTS, INC., ET AL.

The plaintiff's additional motion filed June 29, 1973, to dismiss the appeal by the named defendant from the Superior Court in New Haven County is dismissed.

*David M. Reilly, Jr.,* for the appellee (plaintiff).

*Kalman A. Sachs,* for the appellant (named defendant).